IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DEBBIE P. WHEELER, Individually, § | | |
| and as Next Friend of J.W., a Minor, and § | | |
| LASHAY JAVON WHEELER § | | |
| § | | |
| v. § | CIVIL ACTION NO. 1:23-cv-00234 | |
| § | | |
| RIGHT WAY AUTO TRANSPORT, INC. § | | |
| and JOHN ERIC DEPEW § | JURY TRIAL REQUESTED | |

## FINAL JUDGMENT AND ORDER APPROVING MINOR SETTLEMENT

BE IT REMEMBERED that on this date came on to be heard the above numbered and entitled cause, wherein the parties are:

| | |
|---|---|
| Plaintiffs: | Debbie P. Wheeler, Individually, and as Next Friend of J.W., a Minor, and Lashay Javon Wheeler |
| Minor Child: | J.W. |
| Defendants | Right Way Auto Transport, Inc. and John Eric Depew |

The Judge having waived the appointment of a Guardian Ad Litem and after hearing from the mother of Minor, J.W., regarding the condition of the Minor post-accident, he considers the amount of the settlement to be fair, reasonable and in the best interest of the Minor and approves the settlement of $2,000.00 for the Minor.

All necessary parties appeared in person and by and through their attorneys of record and announced ready for trial. A jury was waived and the parties then announced to the Court that, subject to approval of the Court, a compromise and settlement agreement had been reached as to any and all issues, claims, demands or causes of action existing between the Plaintiffs, Debbie P. Wheeler as Next Friend of J.W., a Minor, and Defendants, Right Way Auto Transport, Inc. and

John Eric Depew, whereby the Defendants, by and through their liability insurance carrier, shall pay a total settlement amount of $2,000.00, in accordance with the terms set forth below.

The Court thereupon called for evidence bearing upon the compromise and settlement agreement, and, after hearing evidence concerning the material facts regarding the manner in which the injuries occurred, and all matters pertaining to the alleged liability of the Defendants, as well as the full nature and extent of all damages sustained by Plaintiff in her capacity as Next Friend of the Minor Child, the Court is of the opinion that such compromise and settlement agreement as set forth below is in the best interests of the Minor Child, and the Court does hereby approve the compromise and settlement agreement. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the Plaintiff, DEBBIE P. WHEELER, in her capacity as Next Friend on behalf of the Minor Child, have and recover from the Defendants as follows:

**$2,000.00      payable to or on behalf of J.W., minor child, as follows:**

$2,000.00      payable to the United States District Court will be deposited in the registry of the court and placed in an interest-bearing account for the use and benefit of J.W. until he attains the age of eighteen years, or is otherwise emancipated, or until further Order of the Court;

All sums set forth herein constitute damages on account of personal physical injuries and physical sickness in a case involving personal physical injury or physical sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended (the "Code"). It is further

ORDERED, ADJUDGED AND DECREED that upon payment of the sums set forth by the terms of the Release and Settlement Agreements, any relief prayed for and/or which could have been sued for by Debbie Wheeler a/n/f to J.W. against Defendants in this action and not specifically granted herein is hereby refused and denied. It is further

ORDERED, ADJUDGED AND DECREED that the sums set forth in the Settlement Agreement and Release are awarded in full satisfaction of any and all claims or causes of action that were pled in this case or could have been pled in this case by Debbie P. Wheeler as Next Friend of J.W., Minor Child.  It is further

ORDERED, ADJUDGED AND DECREED that all costs of Court are to be borne by the party incurring same.

ORDERED that the claims of Plaintiffs, Debbie P. Wheeler as Next Friend of J.W., a Minor, against Defendants Right Way Auto Transport, Inc. and John Eric Depew, are dismissed with prejudice.

ORDERED, ADJUDGED and DECREED by the Court that this judgment is fully and finally satisfied and discharged.

ALL RELIEF SOUGHT HEREIN BY DEBBIE WHEELER A/N/F TO J.W. (MINOR) AGAINST DEFENDANTS, OR VICE VERSA, WHICH IS NOT EXPRESSLY GRANTED IS **DENIED.**  AFTER PAYMENT AS LISTED ABOVE, NO EXECUTION SHALL EVER ISSUE AGAINST DEFENDANTS.

SIGNED this the _____ day of _____, 2024.

_____
JUDGE PRESIDING

**[SIGNATURES ON FOLLOWING PAGE]**

**AGREED AS TO FORM AND SUBSTANCE:**

PARDO & HOMAN, P.C.

_____
Joel B. Pardo
State Bar No. 24083617
joel@pardohoman.com
Nick A. Homan
State Bar No. 24083194
nick@pardohoman.com
3401 Allen Parkway, Suite 101
Houston, Texas 77019
281-584-6670 – Phone
281-404-9230 – Fax
**ATTORNEYS FOR PLAINTIFFS**


RAMEY CHANDLER QUINN, P.C.


 _/s/ Robert L. Ramey_____
Robert L. Ramey
Southern District No. 5535
State Bar No.  16498200
750 Bering, Suite 600
Houston, Texas 77057
(713) 266-0074
(713) 266-1064 (*facsimile*)
rcqz-eservice@ramey-chandler.com
**ATTORNEY FOR DEFENDANTS**