IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DEBBIE P. WHEELER, Individually and As Next Friend to J.W., a Minor, and LASHAY JAVON WHEELER,<br><br>*Plaintiffs,*<br><br>VS.<br><br>RIGHT WAY AUTO TRANSPORT, INC. and JOHN ERIC DEPEW,<br><br>*Defendants.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 1:23-CV-00234<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER APPROVING MINOR SETTLEMENT AND FINAL JUDGMENT

On January 18, 2024, the Court held a hearing to consider the settlement agreement between the Minor Plaintiff, J.W., and the Defendants in the above-referenced matter. The Court heard arguments from counsel and testimony from Debbie P. Wheeler, the Next Friend of the Minor Plaintiff, J.W., regarding the underlying incident, J.W.'s damages, and the terms of the Settlement Agreement and Release.

The Court is satisfied that the settlement reached between the parties is fair and reasonable and in the best interest of J.W. Accordingly, the Court **APPROVES** the Settlement Agreement and Release. Defendants are therefore **ORDERED** to deposit the settlement, **$2,000.00**, into the Registry of the Court, in an interest-bearing account, for the use and benefit of J.W. until J.W. reaches the age of eighteen (18), is otherwise emancipated, or upon further order of this Court. The check should reference Civil Action No. 1:23-cv-00234 and be made payable to "Clerk, U.S. District Court." The check may be delivered for deposit to either the District Clerk's Office in Beaumont or Tyler, Texas. This settlement constitutes damages on account of personal physical injuries and physical sickness in a case involving personal physical injury or physical sickness, within the meaning of

Section 104(a)(2) of the Internal Revenue Code of 1986, as amended. The settlement funds are to be paid on or before **February 22, 2024**.

It is further **ORDERED** that the $2,000.00 settlement set forth in the Settlement Agreement and Release is awarded in full satisfaction of any and all claims or causes of action that were pled in this case or could have been pled in this case by Debbie P. Wheeler as Next Friend of Minor Plaintiff J.W.

It is furthered **ORDERED** that the claims of Debbie P. Wheeler as Next Friend of Minor Plaintiff J.W. against Defendants Right Way Auto Transport, Inc. and Eric Depew are hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own attorney's fees and costs.

It is further **ORDERED, ADJUDGED, and DECREED** that this judgment is fully and finally satisfied and discharged.

It is further **ORDERED** that all relief sought by Debbie P. Wheeler as Next Friend of Minor Plaintiff J.W against Defendants, or vice versa, which is not specifically granted is **DENIED**. After payment of the settlement as outlined above, no execution shall ever issue against Defendants.

**THIS IS A FINAL JUDGMENT.**

**SIGNED this 23rd day of January, 2024.**

Michael J. Truncale
United States District Judge